UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :     No. 24-11842-amc
MARITZA REVERON,                :     Chapter 13
    Debtor                      :     Assigned to Chief Judge Ashely M. Chan

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Omar Reveron has filed a Motion for Relief for the Automatic Stay to Proceed with Equitable Distribution in Divorce.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before February 6, 2025, you or your attorney must file a response to the Motion. (see Instructions below).

3. A hearing on the Motion is scheduled to be held on _____,
at_____ in Courtroom    , U. S. Bankruptcy Court, (address) _____.
Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408- 2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107.

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney: Philip Smoker, Esq., 1500 JFK Blvd., Suite 1825, Philadelphia, Pennsylvania 19102, phone 267-408-2188, email psmoker@msn.com.

Date: 1/23/25

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : No. 24-11842-amc
MARITZA REVERON, : Chapter 13
    Debtor : Assigned to Chief Judge Ashely M. Chan

### ORDER

AND NOW, this _____ day of _____ 2025, upon consideration of Defendant Omar Reveron's Motion for Relief for the Automatic Stay to Proceed with Equitable Distribution in Divorce, it is hereby ORDERED and DECREED that said Motion is GRANTED. The parties and the court in Philadelphia Court of Common Pleas divorce case number D23028461 are granted relief from the automatic stay to proceed with equitable distribution.

BY THE COURT:

_____
J.

Philip Smoker, Esq.
Attorney ID# 307067
Two Penn Center
Suite 1825
1500 John F. Kennedy Boulevard, 18th Floor
Philadelphia, Pennsylvania 19102
Phone: 267-408-2188
Fax: 215-790-9103
Email: psmoker@msn.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 24-11842-amc |
| MARITZA REVERON, | : | Chapter 13 |
| Debtor | : | Assigned to Chief Judge Ashely M. Chan |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO PROCEED WITH EQUITABLE DISTRIBUTION IN DIVORCE**

Petitioner, Omar Reveron, through counsel, Philip Smoker, Esq., files this motion for relief from the automatic stay to proceed with equitable distribution in divorce, and in support thereof submits the following:

1. Debtor, Maritza Reveron, filed for Chapter 13 bankruptcy on May 30, 2024.

2. Prior to filing for bankruptcy, Ms. Reveron filed for divorce from Petitioner, Omar Reveron, on February 15, 2023. The divorce filing included a count for equitable distribution of marital property.

3. The May 30, 2024, filing of bankruptcy stayed the equitable distribution of marital property in the divorce matter.

4. Petitioner, who is the husband and defendant in the divorce matter, seeks relief from the automatic stay so that the he can proceed with equitable distribution and finalize the divorce matter.

5. The divorce matter is in Philadelphia County Court of Common Pleas and is captioned as Maritza Reveron vs. Omar Reveron, case ID D23028461.

WHEREFORE, Petitioner, Omar Reveron, petitions this Honorable Court for relief from the automatic stay so that the parties in Philadelphia divorce case D23028461 can proceed with equitable distribution in divorce.

Respectfully submitted,

*/s/ Philip Smoker*

1/23/25
_____
Date

_____
Philip Smoker, Esq.

## CERTIFICATE OF SERVICE

I, Philip Smoker, Esq., certify that on this day I served the enclosed Motion for Relief for the Automatic Stay to Proceed with Equitable Distribution in Divorce upon Debtor's counsel by hand delivery to Brad J. Sadek, Esq., 1500 JFK Blvd., Suite 220, Philadelphia, Pennsylvania 19102.

_1/23/25_
Date

_Philip Sm_
Philip Smoker, Esq.